UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD MOORE, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FAMILY DOLLAR STORES, INC., <br><br> Defendant. | Case No. 4:14-CV-1542 JAR |

## ORDER

Having been advised by counsel that a settlement has been reached in this matter,

**IT IS HEREBY ORDERED** that the March 7, 2016 trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that the parties are granted sixty (60) days from the date of this Order to file their motion for preliminary approval of settlement and any other motions or matters related to the case.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2016.