**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| REGINALD MOORE, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 4:14-CV-01542-JAR |
| v. ) ) | |
| FAMILY DOLLAR STORES, INC. ) ) | |
| Defendant. ) | |

## ORDER

In accordance with 28 U.S.C.A. § 1715(d) and by agreement of the parties,

**IT IS HEREBY ORDERED** that the Final Approval Hearing scheduled for June 1, 2016 at 10:30 a.m., is reset to **Wednesday, June 22, 2016 at 10:30 a.m. in Courtroom 12N.**

Dated this 10th day of March, 2016.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**