# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REGINALD MOORE, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) FAMILY DOLLAR STORES, INC., ) ) Defendant. ) | Case No.: 4:14-cv-01542-JAR |

### MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), plaintiff Reginald Moore, as representative of the settlement class, and defendant Family Dollar Stores, Inc., move for an order of this Court approving the proposed settlement as final.  The motion is not opposed. With this motion, the parties submit a proposed order attached hereto as Exhibit 1. Plaintiffs also submit a separate memorandum in support of the motion.

WHEREFORE, Plaintiff Reginald Moore prays for an order of this Court approving as final the proposed settlement and for such further and other orders as are just and proper in the premises.

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: /s/   David T. Butsch
David T. Butsch #37539MO
Christopher E. Roberts #61895MO
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
Butsch@ButschRoberts.com

Attorneys for Plaintiff Reginald Moore and the Settlement Class

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2016, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, to be served upon all counsel of record.

s/ David T. Butsch