# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD MOORE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 4:14-CV-01542 JAR |
| v. | ) ) | |
| FAMILY DOLLAR STORES, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

Following a Final Approval Hearing, this matter was taken under submission. Plaintiff is hereby directed to submit under seal supplemental information in support of the Class Action Settlement **no later than** <u>Wednesday, June 29, 2016</u>.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 22nd day of June, 2016.